UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 1:14-cr-069, Williamson |
| | ) | |
| LEAVE OF ABSENCE REQUEST | ) | |
| | ) | |
| NANCY C. GREENWOOD | ) | |
| January 26 through 29, 2015 | ) | |
| March 27, 2015 | ) | |
| | ) | |

## **ORDER**

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited case on behalf of Assistant United States Attorney Nancy C. Greenwood for January 26 through 29, 2015, and March 27, 2015, to attend a conference and for vacation outside of the district, the same is hereby GRANTED.

This 5th day of January, 2015.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA