IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CASE NUMBER: 1:14cr00069 |
| WILLIAM E. WILLIAMSON | ) | |

IN RE: **WILLIAM J. SUSSMAN APPLICATION FOR LEAVE OF ABSENCE**

## ORDER

**HAVING BEEN READ AND CONSIDERED,** the foregoing Application for Leave of Absence, said Leave of Absence is hereby granted to Applicant, William J. Sussman, for the following dates:

**Thursday, April 2, 2015 through and including Tuesday, April 14, 2015 for family vacation during Masters**

**Thursday, July 2, 2015 through and including Monday, July 13, 2015 for family vacation**

and applies to all proceedings of any kind including but not limited to any depositions and hearings which might be scheduled or noticed in the above case.

SO ORDERED this 14th day of January, 2015.

_____
JUDGE, U.S. DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GA