UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 1:14-cr-069, Williamson |
| | ) | |
| LEAVE OF ABSENCE REQUEST | ) | |
| | ) | |
| NANCY C. GREENWOOD | ) | |
| April 27 through 30, 2015 | ) | |
| June 26, 2015 | ) | |
| | ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited case on behalf of Assistant United States Attorney Nancy C. Greenwood for April 27 through 30, 2015, and June 26, 2015, to attend a conference and for vacation outside of the district, the same is hereby GRANTED.

This 13th day of March, 2015.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA