FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUL 31 PM 4:03

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA AND DUBLIN DIVISIONS

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 1:14-cr-069, Williamson |
| | ) | 1:15-cr-063, Cunningham, et al. |
| LEAVE OF ABSENCE REQUEST | ) | |
| | ) | 3:13-cr-006, Burroughs |
| NANCY C. GREENWOOD | ) | 3:15-cr-006, McDonald, et al. |
| August 24, 2015 | ) | |
| September 14 through 16, 2015 | ) | |
| September 30 through October 1, 2015 | ) | |
| November 24 through 25, 2015 | ) | |
| December 4, 2015 | | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited case on behalf of Assistant United States Attorney Nancy C. Greenwood for August 24, 2015, September 14 through 16, 2015, September 30 through October 1, 2015, November 24 through 25, 2015, and December 4, 2015, to attend a hearing and for vacation outside of the district, the same is hereby GRANTED.

This _____ day of ___July___, 2015.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA