IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 SEP 21 AM 9: 43
CLERK C Adams
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CASE NUMBER: 1:14cr00069 |
| WILLIAM E. WILLIAMSON | ) | |

IN RE:   **WILLIAM J. SUSSMAN APPLICATION FOR LEAVE OF ABSENCE**

<u>**ORDER**</u>

**HAVING BEEN READ AND CONSIDERED**, the foregoing Application for Leave of Absence, said Leave of Absence is hereby granted to Applicant, William J. Sussman, for the following dates:

**Wednesday, September 30, 2015 through and including Friday, October 2, 2015 to attend a seminar out of town**

**Thursday, November 5, 2015 and Friday, November 6, 2015 to attend a seminar out of town**

**Thursday, December 3, 2015 and Friday, December 4, 2015 to attend a seminar out of town**

and applies to all proceedings of any kind including but not limited to any depositions and hearings which might be scheduled or noticed in the above case.

SO ORDERED this _____ day of _____, 2015.

JUDGE, U.S. DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GA